# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Utah

Case Number: 2:24-CV-00932-DAO

Plaintiff: **THRIVEHER, INC and**
**DR. SONYA MCKINZIE**
vs.
Defendant: **THRIVE-HER, LLC, THRIVEHER, LLC, and TRICIA DEMPSEY**

For:
Randall B. Bateman
BATEMAN IP
P.O. BOX 1319
Salt Lake City, UT 84110

Received by ANDERSON ATTORNEY SERVICES on the 18th day of December, 2024 at 9:00 am to be served on **THRIVE-HER, LLC C/O TRICIA DEMPSEY, 11539 N Vantage Lane, HIDEOUT, UT 84036**.

I, JHELEN SOLSIRE, do hereby affirm that on the **14th day of January, 2025** at **8:00 pm**, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND** with the date and hour of service endorsed thereon by me to **TRICIA DEMPSEY** as AUTHORIZED LEGAL AGENT of the within named corporation, at the address of: **11539 N Vantage Lane, HIDEOUT, UT 84036** and informed the said person of the contents therein, in compliance with state statutes.

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.

_____
**JHELEN SOLSIRE**
Process Server

**ANDERSON ATTORNEY SERVICES**
**P.O. BOX 535**
**Salt Lake City, UT 84110**
**(801) 619-1110**

Our Job Serial Number: AND-2024007141

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| THRIVEHER, INC and<br>DR. SONYA MCKINZIE<br><br>*Plaintiff(s)*<br>v.<br>THRIVE-HER, LLC, THRIVEHER, LLC, and TRICIA DEMPSEY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24-cv-00932-DAO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THRIVE-HER, LLC
11539 N Vantage Lane
Hideout, UT, 84036, USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Randall B. Bateman
BATEMAN IP
299 South Main St., Suite 1300
Salt Lake City, UT 84110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P Serdar
*CLERK OF COURT*

Date: 12/17/2024

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00932-DAO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: